E-FILED 7/6/15
JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>VICTOR VALLEY DOMESTIC VIOLENCE INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 5:14-CV-00571-PSG-AGR<br><br>**ORDER** |

**ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 7/6/15

PHILIP S. GUTIERREZ
HONORABLE PHILIP S GUTIERREZ
UNITED STATES DISTRICT COURT JUDGE